USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDES PETROLEUM EDUADOR LTD,

                Petitioner,

-against-

OCCIDENTAL EXPLORATION AND
EXPLORING COMPANY,

                Respondent.
-----------------------------------------------------------------X

1:21-cv-03930-GHW

ORDER

GREGORY H. WOODS, District Judge:

      On May 3. 2021, Petitioner Andes Petroleum Ecuador Ltd. filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than May 24. 2021. Respondent's opposition is due by July 30, 2021. Petitioner's reply, if any, is due by August 20, 2021.,

      Petitioner is directed to serve the petition and supporting materials upon respondent by May 13, 2021 and to file an affidavit of such service with the Court by May 17, 2021.

      SO ORDERED.

Dated: May 5, 2021
New York, New York

                                                      _____
                                                      GREGORY H. WOODS
                                                     United States District Judge