# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ANDES PETROLEUM ECUADRO LIMITED,

                    Petitioner,                    21 **CIVIL** 3930 (AKH)

        -against-                        **JUDGMENT**

OCCIDENTAL EXPLORATION AND
PRODUCTION COMPANY,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated November 15, 2021, the petition to confirm the Award is granted, and Respondent's motion to vacate the Award is denied. Judgment is entered for Petitioner plus costs and interest.

**Dated**: New York, New York
         November 11, 2021

                                             **RUBY J. KRAJICK**
                                              _____
                                                  **Clerk of Court**
                           **BY:** _____
                                                  **Deputy Clerk**