# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDES PETROLEUM ECUADOR LTD, <br><br> Petitioner, <br><br> - against - <br><br> OCCIDENTAL EXPLORATION AND PRODUCTION COMPANY, <br><br> Respondent. | CASE NO. 1:21-cv-03930 (AKH) <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Occidental Exploration and Production Company, Respondent in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this case on December 2, 2021, as well as the underlying Order And Opinion Granting Petition To Confirm And Denying Motion To Vacate The Arbitration Award entered on November 15, 2021, the Clerk's Judgment entered on November 15, 2021, and all other orders, without limitation.

Dated: December 14, 2021

By: /s/ Kathy Patrick

Kenneth E. Warner
**Warner Partners, P.C.**
950 Third Avenue, 32nd Floor
New York, NY 10022
Tel: 212-593-8000, ext. 176
Fax: 212-593-9058

Kathy Patrick *(pro hac vice)*
kpatrick@gibbsbruns.com
Erica Krennerich *(pro hac vice)*
ekrennerich@gibbsbruns.com
Mark Doré *(pro hac vice)*
mdore@gibbsbruns.com
**GIBBS & BRUNS, LLP**
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

***Attorneys for Respondent***

## CERTIFICATE OF SERVICE

I certify that on December 14, 2021, the foregoing document was filed with the Court's CM/ECF system, which has generated and delivered electronic notices of filing to all counsel of record who have consented to electronic service. Counsel of record will also be served by email.

Dated: 12/14/2021

_____
Kathy Patrick