UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
ANDES PETROLEUM ECUADRO LIMITED,                             :
                                                             :     **ORDER REGULATING**
                                              Petitioner,    :     **PROCEEDINGS**
             -against-                                       :
                                                             :     21 Civ. 3930 (AKH)
                                                             :
OCCIDENTAL EXPLORATION AND                                   :
PRODUCTION COMPANY,                                          :
                                                             :
                                              Respondent.    :
                                                             :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 23, 2022, the parties submitted a letter pursuant to Local Rule 37.2 and my Individual Rule 2.E regarding a discovery dispute (ECF No. 49). I rule as follows.

        The documents demanded by Andes Petroleum shall be produced by July 20, 2022, electronically to Andes and physically at its location. If OEPC lacks custody or control of said documents, it shall produce their equivalent in books and records maintained by the parent company, or affiliates, or show cause, by affidavit of its senior officers having knowledge, why it is unable to do so.

        Andes also may subpoena relevant current or prior officers and employees of OEPC, requiring their testimony as to the assets and financial condition of OEPC, and other relevant witnesses. The depositions may be taken remotely, on dates set by Andes, or as mutually agreed, or as ordered by the Court, and shall be completed by August 3, 2022.

        SO ORDERED.

Dated:    July 6, 2022
             New York, New York

                                                         ALVIN K. HELLERSTEIN
                                                         United States District Judge