UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                                              :

ANDES PETROLEUM ECUADRO LIMITED,   :

                                                      Petitioner,   :

           -against-                                       :

OCCIDENTAL EXPLORATION AND                :
PRODUCTION COMPANY,                            :

                                                     Respondent.  :

----------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

21 Civ. 3930 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties shall appear before the Court for a status conference to discuss their briefing on the issue of the proper interest rate calculation. The conference will take place on February 26, 2024 at 11:00 a.m.

        SO ORDERED.

Dated:       January 31, 2024              _/s/ Alvin K. Hellerstein_____
               New York, New York         ALVIN K. HELLERSTEIN
                                                  United States District Judge