

Kathy D. Patrick
Partner
kpatrick@gibbsbruns.com
713.751.5253

February 9, 2024

**Via Fax: (212) 805-7942 and by ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> SO ORDERED.
>
> Dated: 2/12/24          /s/ Alvin K. Hellerstein
> New York, New York      Alvin K. Hellerstein
>                         United States District Judge

Re:   Case 1:21-cv-03930, *Andes Petroleum Ecuador, Ltd. v. Occidental Exploration & Production Company* in the United States District Court for the Southern District of New York

Dear Judge Hellerstein:

    With the concurrence and consent of Mr. Balber, lead counsel to Andes Petroleum Ecuador, Ltd. ("Andes"), I write to advise that Andes and Occidental Exploration & Production Company ("OEPC") have reached a preliminary settlement that will resolve all pending issues and applications between them and between Andes and OEPC's affiliates, Occidental Petroleum Corporation and Oxy USA, Inc.

    The Parties jointly request that the Court stay its ruling and all proceedings in this action, including the status conference currently set for February 26, 2024, for a period of sixty (60) days to allow the parties to finalize and execute appropriate settlement documentation.

    Pursuant to Chambers Rule 1, a copy of this correspondence has been filed on ECF and faxed to your chambers.

    Counsel are, of course, available for a conference should the Court have any question about this communication.

Respectfully,

*Kathy Patrick*

Kathy Patrick
Counsel to OEPC

Cc:   Mr. Scott Balber, Counsel to Andes Petroleum Ecuador, Ltd.
      Mr. Zach Rosenbaum, Counsel to Occidental Petroleum Corporation